## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 10-60018 CIV-ALTONAGA/BROWN

IN RE:

**TOUSA, INC.,** *et al.,*

    *Debtors,*

_____/

**WELLS FARGO BANK, N.A,**
*et al.,*

    *Appellants,*

v.

**OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF TOUSA, INC.,** *et al.,*

    *Appellees*

    **and**

**TOUSA, Inc.,** *et al.,*

    *Appellees.*

_____/

### MOTION TO EXTEND OR STAY BRIEFING DEADLINE

Wells Fargo Bank, N.A., as successor administrative agent (**"Second Lien Agent"**),

together with certain lenders under the Second Lien Term Loan Credit Agreement dated as of July

31, 2007 (**"Second Lien Lenders"**[1], and together with Second Lien Agent, the **"Appellants"**),

_____

[1] The Second Lien Lenders are AIG Annuity Insurance Company; Alexandra Global Master
Fund, Ltd.; American General Life Insurance Company; American International Group, Inc.; Avenue
Investments LP; Citibank, NA; Citicorp North America, Inc.; Deutsche Bank AG, New York Branch;
Goldman Sachs Credit Partners LP; HBK Master Fund LP; JPMorgan Chase Bank, N.A.; Longacre
Capital Partners QP, LP; Longacre Master Fund LTD; M.D. Sass Re/Enterprise Portfolio Company, L.P.;
Merrill Lynch Pierce Fenner & Smith Inc.; Monarch Master Funding Ltd.; Morgan Stanley Senior

through undersigned counsel and pursuant to S.D. Fla. L.R. 7.1 and 87.4(E), respectfully request that this Court extend or stay the briefing deadline in the above-captioned case.  In support of this Motion, the Appellants state as follows:

1.      This Court docketed the Notice of Appeal from Bankruptcy Court on January 5, 2010.  [D.E. 1].[2]

2.      Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), the Appellants are required to serve and file the initial brief within 14 days after entry of the appeal on the docket. Therefore, the Appellants brief on appeal is due to be filed and served on January 19, 2010.

3.      The Appellants and Appellee TOUSA, Inc. *et al.* (the "Debtor Appellees") filed Notices of Pendency of Other Actions with this Court on January 8, 2010 and January 11, 2010 respectively, which reference two additional appeals from the same final order at issue in this appeal.  [D.E. 5, 6].  Those two appeals have been docketed in front of Judges Gold and Jordan and similar Notices of Pendency were filed by the respective appellants.  *See* Case No. 10-60017-ASG [D.E. 4]; Case No. 10-60019-AJ [D.E. 4].

4.      Appellee the Official Committee of Unsecured Creditors of TOUSA, Inc. *et al.* (the "Committee Appellee") also filed a Notice of Related Actions, in which it indicated its intent to file motions to stay, or in the alternative to dismiss, all three of the appeals because, it alleges, "[the appeals] challenge an interim order that is neither automatically appealable nor appropriate for interlocutory review."  [D.E. 4, ¶ 3].

---

Funding, Inc.; Q Funding III, LP; Quadrangle Master Funding LTD n/k/a Monarch Master Funding Ltd; Stonehill Institutional Partners LP; SunAmerica Income Funds – SunAmerica High Yield Bond Fund; SunAmerica Series Trust – High Yield Bond Portfolio; The Master Trust Bank of Japan, Ltd.; The Variable Annuity Life Insurance Company; Third Point Loan LLC; Trilogy Portfolio Company LLC; and VALIC Company II High Yield Bond Fund, in their capacities as lenders under the Second Lien Term Loan Credit Agreement, dated as of July 31, 2007.

[2] Items docketed in this appeal, Case No. 10-60018-CMA, are referred to as "D.E. __."

5.      In light of the potential transfer and/or consolidation of the three appeals, as well as the Committee Appellee's anticipated motion to stay, the Appellants respectfully request that this Court extend or stay the briefing deadline until such time as the appeals are consolidated and the parties can propose a briefing schedule for the Court's consideration.

6.      Counsel for the Appellants have conferred with the Debtor Appellees and the Committee Appellee and neither objects to the relief sought.

Respectfully submitted this 12th day of January, 2010.

> **BILZIN   SUMBERG   B A E N A   P R I C E   &   AXELROD LLP**
> 200 South Biscayne Boulevard, Suite 2500
> Miami, Florida 33131
> Telephone:  (305) 374-7580
> Facsimile:  (305) 374-7593
>
> By:   /s/ Jeffrey I. Snyder
>      Scott L. Baena
>      Fla. Bar No. 186445
>      Matthew I. Kramer
>      Fla. Bar No. 0937231
>      Jeffrey I. Snyder
>      Fla. Bar No. 021281
>
> and
>
> **BRACEWELL & GIULIANI LLP**
>
> Goodwin Square
> 225 Asylum Street, Suite 2600
> Hartford, CT 06103
> Tel: (860) 947-9000
> Fax: (860) 246-3201
>
> Evan D. Flaschen (*pro hac vice* pending)
> Gregory W. Nye (*pro hac vice* pending)
> Richard F. Whiteley (*pro hac vice* pending)
> *Co-Counsel for Appellant Wells Fargo Bank, N.A.*
> *and the Second Lien Lenders*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and that all parties consent to the relief sought herein.


/s/ Gregory W. Nye_____