UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-60018-CIV-ALTONAGA

*In re* **TOUSA, INC.**, *et al.*,

    Debtors.

**WELLS FARGO BANK, N.A.**, *et al.*,

    Appellants,

vs.

**OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
TOUSA, INC.**, *et al.*,

    Appellees.

## ORDER

**THIS CAUSE** came before the Court on the Motion to Extend or Stay Briefing Deadline (the "Motion") [D.E. 9], filed January 12, 2010, by Wells Fargo Bank, N.A., as successor administrative agent, together with certain lenders under the Second Lien Term Loan Credit Agreement of July 31, 2007 (collectively, the "Appellants"). Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[D.E. 9]** is **GRANTED**. The parties are informed that it is not the intention of the judges handling the related appeals to transfer the appeals to any one judge.

2. The deadline for the Appellants to file their opening brief is **STAYED** pending further order of the Court.

CASE NO. 10-60018-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of January, 2010.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record